FILED
DEC 0 6 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR3128-BTM |
|---|---|---|
| Plaintiff, | ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. | ) | |
| JONATHAN CORRAL-MEDINA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case is dismissed without prejudice as to defendant JONATHAN CORRAL-MEDINA.

**IT IF FURTHER ORDERED** that defendant JONATHAN CORRAL-MEDINA be released subject to any detainers ~~and remanded to the custody of the United States Department of Homeland Security.~~

**SO ORDERED.**

DATED: December 5, 2011.

HON. BARRY TED MOSKOWITZ
United States District Court Judge